UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD LEE,

    Plaintiff,

v.

JIMMY G. PUTNAM ET AL.,

    Defendants.

_____/

Case No. 01-73656

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
VIRGINIA M. MORGAN

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [39] AND DENYING DEFENDANT'S EMERGENCY MOTION REQUESTING AN ORDER DIRECTING JAILERS TO RETURN ALL FUNDS TAKEN IN VIOLATION OF THE FILING FEE ORDER GIVEN BY THIS COURT AND CLARIFICATION ON HOW IT WORKS [33]**

On October 15, Magistrate Judge Morgan issued a Report and Recommendation [39] that Defendant's Emergency Motion Requesting an Order Directing Jailers to Return All Funds Taken in Violation of the Filing Fee Order Given by this Court and Clarification on How it Works [33] be denied. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Emergency Motion Requesting an Order Directing Jailers to Return All Funds Taken in Violation of the Filing Fee Order Given by this Court and Clarification on How it Works [33] is **DENIED.**

    **SO ORDERED.**

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: November 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 9, 2009, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager